Rumsey & Dennis, for appellant; Charles W. Phillips, and Bartley & Karber, for appellee. Opinion by JUSTICE CULBERTSON. Not to be published in full. Opinion filed January 30, 1953; released for publication March 4, 1953.

## Mike Certich, Plaintiff-Appellee, v. John Gregorich, Defendant-Appellant.

### Term No. 52–O–15.

McRoberts & Hoban, for appellant; Royce B. Sheppard, Jr., of counsel; Lindauer, Lindauer & Pessin, for appellee. Opinion by JUSTICE CULBERTSON. Not to be published in full. Opinion filed January 30, 1953; released for publication March 4, 1953.